UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAIMUNDO DESOUZA, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:19-cv-11447-IT |
| OCWEN LOAN SERVICING, | * |
| Defendant. | * |

ORDER OF DISMISSAL

March 3, 2020

TALWANI, D.J.

Pursuant to the court's Order [#14] allowing Defendant's Motion to Dismiss [#7], Plaintiff's complaint is hereby dismissed. The clerk shall close the case.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge